IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
_____ DIVISION

LEEANN BROADWAY                                                                    PLAINTIFF

VS.                           NO. CV 06 14587
                              4:07CV00476H
VERIZON WIRELESS TENNESSEE
PARTNERSHIP                                                                        DEFENDANT

## COMPLAINT

Comes the Plaintiff, Leeann Broadway, by her attorney, John Doyle Nalley, and for her Complaint against Defendant, Verizon Wireless Tennessee Partnership (hereinafter "Verizon"), states:

### I.

### JURISDICTION, VENUE AND PARTIES

1. Plaintiff, Leann Broadway, was at all times mentioned herein, a resident of Pulaski County, Arkansas; Defendant, Verizon, upon information and belief, was at all times mentioned herein, a foreign corporation, doing business in the State of Arkansas; this Court has jurisdiction over this cause of action to recover damages suffered by Plaintiff as a result of an accident which occurred on January 8, 2006, in Little Rock, Pulaski County, Arkansas; venue properly lies in Pulaski County, Arkansas, pursuant to Arkansas Code Annotated § 16-60-112(a).

### II.

### CAUSE OF ACTION AGAINST VERIZON

2. On January 8, 2006, Plaintiff, Leeann Broadway, an employee of Pulaski Heights Baptist Church, was walking through the parking lot behind the Church, when suddenly, and without warning, a 4 x 8 sheet of plywood, left on the roof of the Church by Verizon, which was constructing a tower in the Church steeple on that day, blew off of the third (3rd) story of Pulaski Heights Baptist

Church, hitting Plaintiff on the shoulder, causing damages and injuries to Plaintiff, as more fully set forth below.

### III.

### ACTS OF NEGLIGENCE OF VERIZON

3. That the sole and proximate cause of this accident was due to the negligence of Defendant, Verizon, which negligence consisted of, but was not limited to, the following:

    a. Failure to remove materials from the roof of the Church;

    b. Failure to properly secure said materials;

    c. Failure to warn Plaintiff; and

    d. Failure to use reasonable and ordinary care under the circumstances then existing; all of which are against the laws of the State of Arkansas.

### IV.

### COMPENSATORY DAMAGES OF LEEANN BROADWAY

4. As a result of the negligence of Verizon, Plaintiff, Leeann Broadway, has sustained severe permanent and excruciating injuries to her shoulder; she has undergone medical treatment and will undergo medical treatment in the future; she has incurred medical bills and will incur medical bills in the future; she has suffered loss of earnings and will suffer loss of ability to earn in the future; she has suffered pain and mental anguish and by reason of the severity and permanency of the injuries sustained, will continue to so suffer; for all of which Plaintiff, Leeann Broadway, is entitled to recover from Defendant, Verizon, damages in an amount to be determined by the Court, but, in any event, in an amount in excess of the amount required for federal diversity jurisdiction.

WHEREFORE, Plaintiff, Leeann Broadway, prays for judgment against Defendant, Verizon Wireless Tennessee Partnership, for compensatory damages in an amount to be determined

by this Court, but, in any event, in an amount in excess of the amount required for federal diversity jurisdiction; for attorney's fees and costs; and for all other relief to which she is entitled.

JOHN DOYLE NALLEY
Attorney at Law
Arkansas Bar No. 86132
P.O. Box 606
Benton, Arkansas 72018
(501) 315-7491
johndoylenalley@hotmail.com