***IN THE UNITED STATES DISTRICT COURT***
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**LEEANN BROADWAY**                                                    **PLAINTIFF**

**V.**                                        **4:07CV00047 JMM**

**VERIZON WIRELESS TENNESSEE**
**PARTNERSHIP, ADVANCED WIRELESS**
**SOLUTIONS INC.**                                              **DEFENDANTS**


<u>**ORDER OF DISMISSAL**</u>

Having been notified that a settlement has been reached in this matter following a

settlement conference before Magistrate Judge Henry L. Jones, Jr., the Court finds that this

case should be dismissed.  The jury trial scheduled April 6, 2009, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as

to all parties.   All pending motions are moot.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and

to reopen the action if it is satisfactorily shown that settlement has not been completed and

further litigation is necessary.

IT IS SO ORDERED this 1st  day of April, 2009.


_____
UNITED STATES DISTRICT JUDGE